FILED
CLERK, U.S. DISTRICT COURT
OCT - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEAN GARVEY, | Case No. CV 03-6043-GPS (JTL) |
| Plaintiff, | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| PATRICK GIBBONS, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objection has been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) defendant's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 is granted; (2) and judgment shall be entered dismissing this action with prejudice.

DATED: Oct. 5, 2008

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE