FILED
CLERK, U.S. DISTRICT COURT
OCT - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEAN GARVEY, | Case No. CV 03-6043-GPS (JTL) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PATRICK GIBBONS, et al., | |
| Defendants. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: Oct. 5, 2008

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE